# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1727
LT Case No. 2025-10723-CICI

_____

WARREN S. WHITES,

    Appellant,

       v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Warren S. Whites, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee and Rebecca
Rock McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____